IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JAMES JOHNSON,

    Petitioner,

v.                                          CASE NO. 1:04-cv-00378-MP-AK

STATE OF FLORIDA,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on the Report and Recommendations of the Magistrate Judge, recommending that the petition for writ of habeas corpus be denied and this cause be dismissed with prejudice because of untimeliness.  The time for filing objections to Report and Recommendation has passed, and none were filed.  The Court agrees with the Magistrate Judge that petitioner had until April 27, 2002, to seek federal habeas corpus relief and that since Petitioner did not seek state post-conviction relief until April 14, 2003, the federal deadline was already expired by the time the state action could have tolled any federal time limits.  Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

    2.    This action is dismissed with prejudice, and the clerk is directed to close the file.

    **DONE AND ORDERED** this  *22nd*   day of April, 2005

                        *s/Maurice M. Paul*
                        Maurice M. Paul, Senior District Judge